MARC DEL PIERO.
BANKRUPTCY TRUSTEE
585 CANNERY ROW, #302A
Monterey, CA 94523
P. O. Box 1127
Pebble Beach, CA 93953
Telephone: (831) 644-0602
mdptrustee@att.net

FILED
APR 29 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ANTONELLI BROS. INC.     ) Chapter 7
                                )
                                ) Case No. 09-61055 ASW
                                )
        Debtor.                 )
                                )
                                )
_____)

**NOTICE OF SMALL CLAIMS**

TO THE CLERK, UNITED STATES BANKRUTPCY COURT

Pursuant to Federal Rule 3011, the Trustee in the above captioned case hereby turns over to the court small claims, not distributed, in the amount of $16.36. The detail of the checks not distributed with claim numbers, names and amount of the small payment is on Exhibit A.

April 29, 2011                           /s/ Marc Del Piero
                                         MARC DEL PIERO
                                         Chapter 7 Trustee

NOTICE OF SMALL CLAIMS

Case: 09-61055 - ANTONELLI BROTHERS, INC.

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Priority | Claimant | | | | | |
| 9200023248716 | 124 | 04/25/11 | | | | | | Check Amount: | $16.36 |
| | | Payee: | | U.S. Bankruptcy Court | | | | | |
| | 5 | 03/08/10 | 610 | Janet Kirkland | | 41.72 | 41.72 | 1.54 | 1.54 |
| | 6 | 03/09/10 | 610 | Craig Hager | | 26.52 | 26.52 | 0.98 | 0.98 |
| | 7 | 03/10/10 | 610 | Linda Duncan | | 29.00 | 29.00 | 1.07 | 1.07 |
| | 8 | 03/15/10 | 610 | Shirley Lindeman | | 117.90 | 117.90 | 4.34 | 4.34 |
| | 12 | 03/22/10 | 610 | Nanticoke Gardens | | 113.00 | 113.00 | 4.16 | 4.16 |
| | 19U | 05/17/10 | 610 | State Board of Equalization | | 115.92 | 115.92 | 4.27 | 4.27 |

Exhibit A

(*) Denotes objection to Amount Filed

Case: 09-61055    Doc# 33    Filed: 04/29/11    Entered: 05/12/11 13:56:12    Page 2 of 2